**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 05-6447**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER, a/k/a Willie James Butler,
a/k/a John Thomas, a/k/a Grady,

Defendant - Appellant.

───────────────

**No. 05-6495**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER, a/k/a Willie James Butler,
a/k/a John Thomas, a/k/a Grady,

Defendant - Appellant.

───────────────

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CR-91-44)

───────────────

Submitted:  September 27, 2005        Decided:  September 30, 2005

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James A. Butler, Appellant Pro Se. Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Butler appeals the district court's orders denying his motions for correction of sentence under Fed. R. Civ. P. 60 and Fed. R. Civ. P. 36 and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See United States v. Butler, No. CR-91-44 (Jan. 27, 2005; Mar. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED